1  JASON A. WEISS (BAR NO. 185268)
   SHANNON R. WOLF (BAR NO. 226828)
2  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
3  1900 Main Street, Fifth Floor
   Irvine, California 92614-7321
4  Phone: (949) 553-1313
   Fax: (949) 553-8354
5  E-Mail: jweiss@allenmatkins.com
              swolf@allenmatkins.com
6
   BALDWIN J. LEE (BAR NO. 187413)
7  ALLEN MATKINS LECK GAMBLE
      MALLORY & NATSIS LLP
8  Three Embarcadero Center, 12th Floor
   San Francisco, California 94111-4074
9  Phone: (415) 837-1515
   Fax: (415) 837-1516
10 E-Mail: blee@allenmatkins.com

11 Attorneys for Defendant
   TOLL BROTHERS, INC.
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 PETER SWALLOW,                    | Case No. C08-02311 JCS
17         Plaintiff,                | **PROOF OF SERVICE**
18     vs.                           | Complaint Filed:   April 3, 2008
                                     | Trial Date:   None Set
19 TOLL BROTHERS, INC.; AND DOES 1-25,
   INCLUSIVE,
20
           Defendants.
21

844876.01/OC

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA         )
                            )  ss.:
COUNTY OF ORANGE            )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On May 7, 2008, I served on interested parties in said action the within:

**Notice of Assignment of Case to a United States Magistrate Judge for Trial**
**Order Setting Initial Case Management Conference and ADR Deadlines**
**Welcome to the U.S. District Court, San Francisco**
**ECF Registration Information Handout**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kay M. Lucas, Esq.
Lucas Law Group
180 Montgomery Street
Suite 2000
San Francisco, CA 94104

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 7, 2008, at Irvine, California.

_____          _____
        Carol J. Nichols                              (Signature)
       (Type or print name)

844876.01/OC