ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
JASON A. WEISS (BAR NO. 185268)
SHANNON R. WOLF (BAR NO. 226828)
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: jweiss@allenmatkins.com
        swolf@allenmatkins.com

BALDWIN J. LEE (BAR NO. 187413)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com

Attorneys for Defendant
TOLL BROTHERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SWALLOW,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE,<br><br>    Defendants. | Case No. C08-02311 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TOLL BROTHERS, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY THE PROCEEDINGS**<br><br>Date:  July 25, 2008<br>Time:  9:30 a.m.<br>Ctrm:  A<br>Judge: Hon. Joseph C. Spero<br><br>Complaint Filed: April 3, 2008<br>Trial Date:       None Set |

The motion of Defendant Toll Brothers, Inc. ("Defendant") to compel arbitration and to stay the proceedings, came on regularly for hearing before this Court on July 25, 2008; Baldwin J. Lee of Allen Matkins Leck Gamble Mallory & Natsis LLP appeared as attorneys for Defendant; and, Kay M. Lucas of the Lucas Law Group appeared as attorney for Plaintiff Peter Swallow.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court,

IT IS HEREBY ORDERED THAT the Motion is granted and all further proceedings in the above-entitled matter are ordered stayed until completion of the arbitration proceedings before the American Arbitration Association.

Dated: _____

                                        Hon. Joseph C. Spero
                                        United States Magistrate Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

847138.01/OC

-1-

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA   )
                      ) ss.:
COUNTY OF ORANGE      )

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

    On June 4, 2008, I served on interested parties in said action the within:

**[PROPOSED] ORDER GRANTING DEFENDANT TOLL BROTHERS, INC.'S MOTION TO COMPEL ARBITRATION AND TO STAY THE PROCEEDINGS**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Irvine, California.

Kathleen M. Lucas, Esq.
The Lucas Law Firm
180 Montgomery Street, Suite 2000
San Francisco, California 94104

    I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

    Executed on June 4, 2008, at Irvine, California.

Stephanie Pattis                         /s/ Stephanie Pattis
(Type or print name)                     (Signature)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP
847138.01/OC