1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
PETER SWALLOW,
9                                                    No. C 08-02311 JCS
10             Plaintiff(s),
                                              **CONSENT TO PROCEED BEFORE A**
11        v.                                  **UNITED STATES MAGISTRATE JUDGE**
    TOLL BROTHERS, INC.; AND DOES 1 -25,
12  INCLUSIVE
13             Defendant(s).
                                         /
14  _____

15        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: June 9, 2008                        _____
                                                Signature
22
                                                Counsel for  Defendant Toll Brothers, Inc.
23                                              (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF ORANGE         )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

On June 11, 2008, I served on interested parties in said action the within:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof in sealed envelope(s) addressed as stated below.

Kathleen M. Lucas, Esq.
The Lucas Law Firm
180 Montgomery Street, Suite 2000
San Francisco, California  94104

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2008, at Irvine, California.

_____
Stephanie Pattis
(Type or print name)

_____
(Signature)

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

847756.01/OC