UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER SWALLOW,   No. C 08-02311 (JCS)

    Plaintiff(s),

    v.   CLERK'S NOTICE

TOLL BROTHERS, INC.,

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Compel Arbitration and to Stay Proceedings, and Plaintiff's Motion For Leave to File First Amended Complaint before Magistrate Judge Spero previously noticed for July 25, 2008, at 9:30 a.m., has been reset to **August 29, 2008, at 1:30 p.m.** Regardless of whether the Court reschedules the hearing date, the oppositions shall be due on July 3, 2008, and the reply briefs shall be due on July 11, 2008.

    YOU ARE HEREBY FURTHER NOTIFIED THAT the Initial Case Management Conference previously noticed for August 8, 2008, at 1:30 p.m., has been reset to **August 29, 2008, at 1:30 p.m.** The joint case management conference statement shall be due by **August 22, 2008**. Any party requesting a continuance shall submit a stipulation and proposed order.

    All parties and counsel shall report to Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: July 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _*Karen L. Hom*_____
    Karen L. Hom
    Courtroom Deputy