KATHLEEN M. LUCAS (Bar No. 80339)
THE LUCAS LAW FIRM
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 402-0200
Fax: (415) 402-0400

Attorneys for Plaintiff
PETER SWALLOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SWALLOW,<br><br>    Plaintiff,<br><br>v.<br><br>TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE,<br><br>    Defendants. | Case No. C 08-02311 JCS<br><br>**DECLARTION OF PETER SWALLOW IN RESPONSE AND SUPPORT OF PLAINTIFF'S OPPOSITION TO TOLL BROTHER'S MOTION TO COMPEL ARBITRATION AND TO STAY THE PROCEEDINGS**<br><br>DATE: AUGUST 29, 2008<br>TIME: 1:30 P.M.<br>JUDGE: HONORABLE JOSEPH C. SPERO |

I, PETER SWALLOW, do hereby declare and state as follows:

1.  I am the Plaintiff in the above matter. I have personal knowledge of the facts stated herein and, if called am competent to testify to the contents of this Declaration.

2.  This Declaration is submitted in Response and Support of Plaintiff's Opposition to Toll Brother's Motion to Compel Arbitration and to Stay the Proceedings.

3.  I started working at Toll Brothers on August 1, 1999.

4.  I was not given a copy of the document submitted by the Defendant Toll Brothers entitled "Arbitration Agreement" nor was I ever told that I should seek the advice of an attorney

-1-

before signing any document at Toll Brothers other than every day documents which sometimes required consultations with lawyers for the company. I do not recall signing the document and, therefore, I do not recall whether or when I might have signed it. However, it does look like my signature but I do not understand why it is undated because it is my practice to date my signature on legal documents when they affect me. I do know that it was not executed at the time I was hired by Toll Brothers and I was never given a copy of the Federal Arbitration Act nor do I know what the Act provides or how it could affect me.

5. At no time during my discussions with Tim Hoban, General Counsel, about my employment or at the meeting where he participated in the termination of my employment, did he or anyone mention that I had signed a document waiving any of my rights.

6. I am not a lawyer and have no formal training in the law.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 3, 2008

*/s/ PETER SWALLOW*

---

-2-

DECLARATION OF PETER SWALLOW IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION
CASE NO. C 08-02311 JCS