1  KATHLEEN M. LUCAS (Bar No. 80339)
   THE LUCAS LAW FIRM
2  180 Montgomery Street, Suite 2000
   San Francisco, California 94104
3  Tel: (415) 402-0200
   Fax: (415)402-0400
4

5  Attorney for Plaintiff
   PETER SWALLOW
6

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 PETER SWALLOW,                          Case No. C 08-02311 JCS

11         Plaintiff,
                                            **DECLARATION OF KATHLEEN M.**
12     v.                                   **LUCAS IN SUPPORT OF PLAINTIFF'S**
                                            **REPLY TO DEFENDANT'S OPPOSITION**
13 TOLL BROTHERS, INC.; AND DOES 1-25,     **TO MOTION FOR LEAVE TO FILE**
   INCLUSIVE,                               **FIRST AMENDED COMPLAINT**
14
           Defendants.                      DATE: AUGUST 29, 2008
15                                          TIME: 1:30 P.M.
                                            JUDGE: HONORABLE JOSEPH C. SPERO
16

17

18
       I, Kathleen M. Lucas, do hereby declare and state as follows:
19

20
1. I am an attorney of record and licensed to practice law in all California federal courts, and I
21
   have personal knowledge of the facts stated herein and, if called, am competent to testify to the
22
   contents of this Declaration.
23

24
2. This Declaration is written in support of Plaintiff's Reply to Defendant's Opposition to Motion
25
   for Leave to File First Amended Complaint.
26

27

28
                                           -1-
                    Declaration of Kathleen M. Lucas, Case No. C 08-02311 JCS

3. I asked in-house counsel, Tim Hoban, for a tolling agreement when the one year statutes of limitations were imminent for the defamation and slander claims. As of March 31, 2008, he had not agreed to a tolling agreement. Facing the possibility of losing the claims, Mr. Swallow had to file as to those causes of action or, in my opinion, they might be lost.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the State of California.

Executed this 11th day of July, 2008, in San Francisco, CA.

                /S/
**KATHLEEN M. LUCAS**
Attorney for Plaintiff Peter Swallow