```
 1  KATHLEEN M. LUCAS (Cal. State Bar No. 80339)
    THE LUCAS LAW FIRM
 2  180 Montgomery Street, Suite 6000
    San Francisco, CA 94104
 3  Telephone: (415) 402-0200
    Facsimile: (415) 402-0400
 4

 5  Attorneys for Plaintiff
    PETER SWALLOW
 6
    ALLEN MATKINS LECK GAMBLE
 7    MALLORY & NATSIS LLP
    JASON A. WEISS (BAR NO. 185268)
 8  SHANNON R. WOLF (BAR NO. 226828)
    1900 Main Street, Fifth Floor
 9  Irvine, CA 92614-7321
    Telephone: (949) 553-1313
10  Fax (949) 553-8354

11  Attorneys for Defendants
12  TOLL BROTHERS, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SWALLOW,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE,<br><br>    Defendants. | Case No. C08-02311 JCS<br><br>**STIPULATION FOR CONTINUANCE OF HEARING DATE** |

STIPULATION FOR CONTINUANCE

Plaintiff Peter Swallow and defendants Toll Brothers, Inc., acting through their respective counsel of record, stipulate as follows:

Plaintiff counsel has informed Defendants counsel that she can not attend the hearing scheduled for August 29, 2008 due to a pre-planned vacation. Defendants have agreed to rescheduled the hearing date to _September 12, 2008_ for Defendant's Motion to Compel Arbitration and to Stay Proceedings; Plaintiff's Motion For Leave to File First Amended Complaint and the Initial Case Management Conference. The Joint Case Management Conference Statement will be due one week prior to the hearing date.

Dated: July 16, 2008.

THE LUCAS LAW FIRM
KATHLEEN M. LUCAS

By: _____
Kathleen M. Lucas
Attorneys for Plaintiff Peter Swallow

Dated: July 21, 2008.

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
JASON A. WEISS (BAR NO. 185268)
SHANNON R. WOLF
BALDWIN J. LEE

By: _____
Baldwin J. Lee  JASON A WEISS
Attorneys for Defendants
Toll Brothers, Inc.

1

STIPULATION FOR CONTINUANCE