1  KATHLEEN M. LUCAS (Cal. State Bar No. 80339)
   THE LUCAS LAW FIRM
2  180 Montgomery Street, Suite 6000
   San Francisco, CA 94104
3  Telephone: (415) 402-0200
   Facsimile: (415) 402-0400
4

5  Attorneys for Plaintiff
   PETER SWALLOW

6
   ALLEN MATKINS LECK GAMBLE
7    MALLORY & NATSIS LLP
   JASON A. WEISS (BAR NO. 185268)
8  SHANNON R. WOLF (BAR NO. 226828)
   1900 Main Street, Fifth Floor
9  Irvine, CA 92614-7321
   Telephone: (949) 553-1313
10 Fax (949) 553-8354

11
   Attorneys for Defendants
12 TOLL BROTHERS, INC.

13                UNITED STATES DISTRICT COURT
14                NORTHERN DISTRICT OF CALIFORNIA

15 | PETER SWALLOW,                          | Case No. C08-02311 JCS
16 |         Plaintiff,                       | **(PROPOSED) ORDER RE:**
17 |    v.                                    | **CONTINUANCE OF HEARING DATE**
18 | TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE, |
19 |                                          |
20 |         Defendants.                      |

PROPOSED ORDER RE: CONTINUANCE

1 | IT IS HEREBY ORDERED THAT the Parties in the above matter have entered into a Stipulation to Continue the hearing scheduled for August 29, 2008. The Parties agreed to rescheduled the hearing date to September 12, 2008 at 9:30 a. m. for Defendant's Motion to Compel Arbitration and to Stay Proceedings; Plaintiff's Motion For Leave to File First Amended Complaint and the Initial Case Management Conference. The Joint Case Management Conference Statement will be due one week prior to the hearing date.

Dated:_____          _____
                                        Hon. Joseph C. Spero
                                        United States Magistrate Judge