KATHLEEN M. LUCAS (Cal. State Bar No. 80339)
THE LUCAS LAW FIRM
180 Montgomery Street, Suite 6000
San Francisco, CA 94104
Telephone: (415) 402-0200
Facsimile: (415) 402-0400

Attorneys for Plaintiff
PETER SWALLOW

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
JASON A. WEISS (BAR NO. 185268)
SHANNON R. WOLF (BAR NO. 226828)
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321
Telephone: (949) 553-1313
Fax (949) 553-8354

Attorneys for Defendants
TOLL BROTHERS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER SWALLOW,

Plaintiff,

v.

TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE,

Defendants.

Case No. C08-02311 JCS

**(~~PROPOSED~~) ORDER RE: CONTINUANCE OF HEARING DATE**

IT IS HEREBY ORDERED THAT the Parties in the above matter have entered into a Stipulation to Continue the hearing scheduled for August 29, 2008. The Parties agreed to rescheduled the hearing date to September 12, 2008 at 9:30 a. m. for Defendant's Motion to Compel Arbitration and to Stay Proceedings; Plaintiff's Motion For Leave to File First Amended Complaint and the Initial Case Management Conference. The Joint Case Management Conference Statement will be due one week prior to the hearing date.

Dated: July 28, 2008

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Judge Joseph C. Spero

Hon. Joseph C. Spero
United