ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
JASON A. WEISS (BAR NO. 185268)
SHANNON R. WOLF (BAR NO. 226828)
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
E-Mail: jweiss@allenmatkins.com
        swolf@allenmatkins.com

BALDWIN J. LEE (BAR NO. 187413)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: blee@allenmatkins.com

Attorneys for Defendant
TOLL BROTHERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SWALLOW,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE,<br><br>    Defendants. | Case No. C08-02311 JCS<br><br>**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND MEET AND CONFER OBLIGATIONS**<br><br>Complaint Filed: April 3, 2008<br>Trial Date:      None Set |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

852874.01/OC

1  Plaintiff Peter Swallow and Defendant Toll Brothers, Inc., through their
2  respective counsel of record, stipulate as follows:
3  Before expending time and resources litigating in the instant forum, both
4  parties desire an outcome on the pending Motion to Compel Arbitration and to Stay
5  the Proceedings, which will determine the procedural rules applicable to this case.
6  The Motion to Compel Arbitration and to Stay the Proceedings is scheduled to be
7  heard by the Court on September 12, 2008. Therefore, the parties stipulate, and
8  hereby respectfully request the Court to order, as follows:
9      1.   That the Initial Case Management Conference be continued from
10 September 12, 2008 to October 24, 2008; and
11     2.   That all dates and deadlines running from the Initial Case Management
12 Conference, including, without limitation, the deadlines to comply with Rules 16
13 and 26 of the Federal Rules of Civil Procedure, be continued in accordance with the
14 continued Initial Case Management Conference date, as follows:
15         a.   Last day to meet and confer regarding initial disclosures, early
16 settlement, ADR process selection, discovery plan, and file Joint ADR Certification
17 with Stipulation to ADR Process or Notice of Need for ADR Phone Conference be
18 continued to October 3, 2008; and
19         b.   Last day to file Rule 26(f) Report, complete initial disclosures or
20 state objection in Rule 26(f) Report and file Case Management Statement be
21 continued to October 17, 2008.
22
23 ///
24
25 ///
26
27 ///
28

1  The parties agree that the purpose of this continuance is to await the Court's
2  ruling on the pending Motion to Compel Arbitration and to Stay the Proceedings
3  prior to engaging in federal discovery procedures.

Dated: August 13, 2008                THE LUCAS LAW FIRM

                                      By: /s/ Kathleen M. Lucas
                                      KATHLEEN M. LUCAS
                                      Attorneys for Plaintiff
                                      PETER SWALLOW


Dated: August 13, 2008                ALLEN MATKINS LECK GAMBLE
                                      MALLORY & NATSIS LLP

                                      By: /s/ Jason A. Weiss
                                      JASON A. WEISS
                                      Attorneys for Defendant
                                      TOLL BROTHERS, INC.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

852874.01/OC                          (2)