1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | PETER SWALLOW, | Case No. C08-02311 JCS |
| 12 | Plaintiff, | **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND MEET AND CONFER OBLIGATIONS** |
| 13 | vs. | |
| 14 | TOLL BROTHERS, INC.; AND DOES 1-25, INCLUSIVE, | |
| 15 | Defendants. | Complaint Filed:  April 3, 2008 |
| 16 | | Trial Date:       None Set |

17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

852876.02/OC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT** the Initial
2  Case Management Conference scheduled for September 12, 2008 is continued to
3  October 24, 2008 at 1:30 p.m. and that all dates and deadlines running from the
4  Initial Case Management Conference, including, without limitation, the deadlines to
5  comply with Rules 16 and 26 of the Federal Rules of Civil Procedure, are continued
6  in accordance with the continued Initial Case Management Conference date, as
7  follows:
8      1.  Last day to meet and confer regarding initial disclosures, early
9  settlement, ADR process selection, discovery plan, and file Joint ADR Certification
10 with Stipulation to ADR Process or Notice of Need for ADR Phone Conference will
11 be October 3, 2008; and
12     2.  Last day to file Rule 26(f) Report, complete initial disclosures or state
13 objection in Rule 26(f) Report and file Case Management Statement will be October
14 17, 2008.

17 Dated: _____     _____
18                              Hon. Joseph C. Spero
                                 UNITED STATES MAGISTRATE JUDGE